Case: 1:16mc16

Dixon  G. Kummer
GATTUSO KUMMER AND WORTHING
8939 S SEPULVEDA BLVD STE 102
LOS ANGELES, CA 90045

---

No New Address
Information Available

Date __10/21/16__

Initials _____

MIME−Version:1.0 From:utd_enotice@utd.uscourts.gov To:ecf_notice@localhost.localdomain Message−Id: Subject:Activity in Case 1:16−mc−00016−DN−PMW Helo Energy et al v. Hoggan et al Order on Motion to Quash Content−Type: text/html

*This is an automatic e−mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524−6851*
*\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.*

US District Court Electronic Case Filing System

District of Utah

**Notice of Electronic Filing**

The following transaction was entered on 10/6/2016 at 1:42 PM MDT and filed on 10/6/2016

*Case Name:*          Helo Energy et al v. Hoggan et al
*Case Number:*     1:16−mc−00016−DN−PMW
*Filer:*
*Document Number:* 8

*Docket Text:*
**ORDER finding as moot [2] Motion to Quash; finding as moot [5] Motion to Quash − CASE CLOSED. Signed by Magistrate Judge Paul M. Warner on 10/6/16 (alt)**

**1:16−mc−00016−DN−PMW Notice has been electronically mailed to:**

Samuel Alba     sa@scmlaw.com, intakeclerk@scmlaw.com, kbj@scmlaw.com

Rodney R. Parker     rparker@scmlaw.com, intakeclerk@scmlaw.com, mj@scmlaw.com

David W Steffensen     dave.dwslaw@me.com

Ryan M. Nord     rnord@sagelawpartners.com

**1:16−mc−00016−DN−PMW Notice has been delivered by other means to:**

Dixon G. Kummer
GATTUSO KUMMER AND WORTHING
8939 S SEPULVEDA BLVD STE 102
LOS ANGELES, CA 90045

Douglas W. Andrews
ANDREWS AND RHOADES LLP

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| HELO ENERGY, LLC, a Delaware limited liability company, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JEFREY HOGGAN, an individual, et al. <br><br> Defendants. | ORDER RE: MOTION TO QUASH <br><br> Case No. 1:16-mc-16-DN-PMW <br><br> Underlying Case No. 2:14-CV-6648 DSF (ASx), United States District Court for the Central District of California <br><br> Chief District Judge David Nuffer <br><br> Magistrate Judge Paul M. Warner |
| GLJ, LLC, a Utah limited liability company, <br><br> Cross-Complainant, <br><br> v. <br><br> HELO ENERGY, LLC, a Delaware limited liability company, et al. <br><br> Cross-Defendants. | |
| EAGLE ENERGY, LLC, a Utah limited liability company, <br><br> Cross-Complainant, <br><br> v. <br><br> RUDY SAENZ, an individual, et al., <br><br> Cross-Defendants. | |

Chief District Judge David Nuffer referred this matter to Magistrate Judge Paul M. Warner pursuant to 28 U.S.C. § 636(b)(1)(A).[1] Before the court is Jefrey Hoggan, et al.'s (collectively, "Defendants") motions to quash Helo Energy LLC, et al.'s subpoena and notice of deposition of Matthew Throckmorton.[2] The case is currently pending in the United States District Court for the Central District of California.

Upon review of the underlying case, it appears that approximately three weeks after the instant motions were filed, the designation of Mr. Throckmorton as an expert witness was withdrawn.[3] Because the subpoena and notice of deposition were related to Mr. Throckmorton as an expert witness in this case, his deposition is no longer necessary to the underlying action. Accordingly, Defendants' motions to quash are rendered **MOOT**. The Clerk of Court may close the instant case.

**IT IS SO ORDERED.**

DATED this 6th day of October, 2016.

BY THE COURT:

PAUL M. WARNER
United States Magistrate Judge

---

[1] *See* docket no. 7.

[2] *See* docket nos. 2 and 5.

[3] *See Helo Energy, LLC v. Hoggan*, Case no. 2:14-cv-6648-DSF-AS, docket no. 177 (C.D. Cal. Feb. 23, 2016).

2

United States District Court
District of Utah

Office of the Clerk
United States Courthouse

351 South West Temple
Salt Lake City, Utah
84101

Official Business

SALT LAKE CITY
LOS ANGELES
CA 90? '16
28 OCT '16
PM 3 L

Hasler
10/06/2016
US POSTAGE $00.46⁵

FIRST-CLASS MAIL



ZIP 84101
011D11628168

**RETURN TO SENDER -
UNKNOWN AT THIS ADDRESS**